UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN A. SMITH,<br><br>     Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>     Defendant. | Case No. 16-cv-03934-SI<br><br>**JUDGMENT** |

This action has been reversed and remanded to the Commissioner of Social Security for further proceedings.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: March 15, 2017

_____
SUSAN ILLSTON
United States District Judge